**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| CUNNINGHAM, MALAIKA | ) | |
| | ) | CASE NO. 07 B 20673 |
| | ) | |
| | ) | JUDGE JACQUELINE P. COX |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
           219 South Dearborn, Courtroom 619
           Chicago, Illinois 60604

    on:  **October 9, 2008**
    at:  **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                              $     4,126.74

    b. Disbursements                                $        0.00

    c. Net Cash Available for Distribution  $   4,126.74

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 1,031.69 | $ |
| Trustee | $ 0.00 | $ | $ 78.94 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $9,715.21, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $31.05%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 7,219.65 | $ 2,241.36 |
| 2 | Recovery Management Systems Corporation | $ 536.35 | $ 166.51 |
| 3 | Von Maur Inc | $ 312.01 | $ 96.86 |
| 4 | Chase Bank USA,N.A | $ 1,647.20 | $ 511.38 |

7. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.   Debtor has been discharged.

10.  The Trustee proposed to abandon the following property at the hearing:


Dated: **September 9, 2008**

For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2        Date Rcvd: Sep 09, 2008
Case: 07-20673                Form ID: pdf002             Total Served: 43

The following entities were served by first class mail on Sep 11, 2008.
db           +Malaika Cunningham,    442 Jackson Boulevard, Unit 2S,    Forest Park, IL 60130-1751
aty          +Asisat Y Williams,    Law Offices of Asisat Williams,    7500 S Pulaski,   Bldg 200,
               Chicago, IL 60652-1369
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
11727750     +AT&T Universal Card Services,    8787 Baypine Rd,    Jacksonville, FL 32256-8528
11727751     +Bank of America,    PO Box 17054,    Wilmington, DE 19884-0001
11727752     +Capital One Services,    PO Box 30281,    Salt Lake City, UT 84130-0281
11727753     +Chase Bank USA, NA,    800 Broksedge Boulevard,    Westerville, OH 43081-2822
12105488     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11727754     +Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
11727755      Citibank UCS,    8787 Baypine Road,    Jacksonville, FL 32256-8528
11727756     +Citifinancial Retail Services,    PO Box 22066,    Tempe, AZ 85285-2066
11727757     +Eddie Bauer,    101 Crossway Park West,    Woodbury, NY 11797-2020
12249461     +FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11727759     +GEMB/JCP,    PO Box 981131,    El Paso, TX 79998-1131
11727761     +GMAC,    PO Box 2150,    Greeley, CO 80632-2150
11727762     +GMAC,    15303 S. 94th Avenue,    Orland Park, IL 60462-3825
11727763     +HSBC Carson's,    90 Christiana Road,    New Castle, DE 19720-3118
11727764     +HSBC/Harlem,    PO Box 15524,    Wilmington, DE 19850-5524
11727765     +KOHLS/Carsons,    N56W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
11727766      Lane Bryant,    PO Box 182121,    Columbus, OH 43218-2121
11727767     +MCYDSNB,    9111 Duke Boulevard,    Mason, OH 45040-8999
11727770     +NBGL-Carsons,    140 W. Industrial Drive,    Elmhurst, IL 60126-1602
11727769     +Nationwide Credit & Collection,    9919 W. Roosevelt Road,    Westchester, IL 60154-2774
11727771     +Peoples United Bank,    850 Main Street,    Bridgeport, CT 06604-4904
11727772     +Providian BNP,    PO Box 99607,    Arlington, TX 76096-9607
11727773     +RBS NB CC,    1000 Lafayette Boulevard,    Bridgeport, CT 06604-4725
11727774     +RNB-Fields3,    PO Box 9475,    Minneapolis, MN 55440-9475
11727775     +Sears/CBSD,    8725 W. Sahara Avenue,    MC 02/02/03,    The Lakes, NV 89163-0001
11727776     +Sears/CBSD,    PO Box 6189,    Sioux Falls, SD 57117-6189
11727777     +Suntrust Bank,    PO Box 27162,    Richmond, VA 23261-7162
11727778     +Target NB,    PO Box 673,    Minneapolis, MN 55440-0673
11727779     +UNVL/CITI,    PO Box 6241,    Sioux Falls, SD 57117-6241
11727780     +USA One National Mall Drive,    4749 Lincoln Mall Drive, Suite 101,    Matteson, IL 60443-3806
11727781    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur Inc,    6565 Brady Street,    Davenport, IA 52806)
11727783      WFBBB/Lane Bryant,    4950 E. Broad Street,    Columbus, OH 43213
11727784      WFN-The Avenue,    PO Box 29185,    Shawnee Mission, KS 66201-9185
11727785     +WFNNB/VICTORIA'S Secret,    PO Box 182128,    Columbus, OH 43218-2128
11727782     +Washington Mutual,    PO Box 9180,    Pleasanton, CA 94566-9180

The following entities were served by electronic transmission on Sep 10, 2008.
11727758     +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2008 09:51:42     GEMB/GAP,    PO Box 981400,
               El Paso, TX 79998-1400
11727760     +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2008 09:51:21     GEMB/Walmart,    PO Box 981400,
               El Paso, TX 79998-1400
11727768     +E-mail/Text: tjordan@mcscol.com                              Medical Collections System,
               725 South Wells, Suite 700,    Chicago, IL 60607-4578
11975661     +E-mail/PDF: rmscedi@recoverycorp.com Sep 10 2008 09:51:50
               Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11975663     +E-mail/PDF: rmscedi@recoverycorp.com Sep 10 2008 09:52:03
               Recovery Management Systems Corporation,    For GE Money Bank,    dba GAP,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Sep 09, 2008
Case: 07-20673                Form ID: pdf002          Total Served: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2008**                        **Signature:**       _Joseph Speetjens_