# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 07-20673 JPC | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- | --- |
| **Case Name:** | CUNNINGHAM, MALAIKA | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****09-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7597548 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/19/08 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/17/08 | {21} | US Treasury | 2007 Tax refund | 1129-000 | 4,125.00 | | 4,125.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.19 | | 4,125.19 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.51 | | 4,125.70 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.52 | | 4,126.22 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.52 | | 4,126.74 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.49 | | 4,127.23 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.54 | | 4,127.77 |
| 10/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.15 | | 4,127.92 |
| 10/10/08 | | To Account #********0966 | In preparation of Distribution Report | 9999-000 | | 4,127.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,127.92** | **4,127.92** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 4,127.92 | |
| | | | **Subtotal** | | **4,127.92** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,127.92** | **$0.00** | |

EXHIBIT B

{} Asset reference(s)　　　　Printed: 12/19/2008 04:24 PM    V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 07-20673 JPC  
**Case Name:** CUNNINGHAM, MALAIKA  

**Taxpayer ID #:** 13-7597548  
**Period Ending:** 12/19/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/10/08 |     | From Account #********0965 | In preparation of Distribution Report | 9999-000 | 4,127.92 |          | 4,127.92 |
| 10/10/08 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $1,031.69, Trustee Compensation;  Reference: | 2100-000 |          | 1,031.69 | 3,096.23 |
| 10/10/08 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $78.94, Trustee Expenses;  Reference: | 2200-000 |          | 78.94    | 3,017.29 |
| 10/10/08 | 103 | Capital Recovery One | Dividend paid  31.05% on $7,219.65; Claim# 1; Filed: $7,219.65; Reference: | 7100-000 |          | 2,242.23 | 775.06   |
| 10/10/08 | 104 | Capital Recovery One | Dividend paid  31.05% on $536.35; Claim# 2; Filed: $536.35; Reference: | 7100-000 |          | 166.58   | 608.48   |
| 10/10/08 | 105 | Von Maur Inc | Dividend paid  31.05% on $312.01; Claim# 3; Filed: $312.01; Reference: | 7100-000 |          | 96.90    | 511.58   |
| 10/10/08 | 106 | Chase Bank USA,N.A | Dividend paid  31.05% on $1,647.20; Claim# 4; Filed: $1,647.20; Reference: | 7100-000 |          | 511.58   | 0.00     |

|  |  | **ACCOUNT TOTALS** | **4,127.92** | **4,127.92** | **$0.00** |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 4,127.92 | 0.00 |  |
|  |  | **Subtotal** | **0.00** | **4,127.92** |  |
|  |  | Less: Payments to Debtors |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** | **$0.00** | **$4,127.92** |  |

{} Asset reference(s)       Printed: 12/19/2008 04:24 PM     V.10.54

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-20673 JPC  
**Case Name:** CUNNINGHAM, MALAIKA  

**Taxpayer ID #:** 13-7597548  
**Period Ending:** 12/19/08  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****09-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 4,127.92 | | | | | |
| | | Net Estate : $4,127.92 | | | | | |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | MMA # ***-*****09-65 | 4,127.92 | 0.00 | 0.00 |
| | Checking # ***-*****09-66 | 0.00 | 4,127.92 | 0.00 |
| | | $4,127.92 | $4,127.92 | $0.00 |

{} Asset reference(s)

Printed: 12/19/2008 04:24 PM     V.10.54